IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**CHARLES KELLAM, PHYLLIS KELLAM,** and all other persons and entities similarly situated,

    Plaintiffs,

v.                                                      Civil Action No: 5:20-CV-85
                                                        Judge Bailey

**SWN PRODUCTION COMPANY, LLC**
and **EQUINOR USA ONSHORE PROPERTIES INC.,**

    Defendants.

## ORDER

On August 6, 2024, the parties filed a Stipulation Enlarging Time to File Motions to Compel Answers and Responses to Plaintiffs' Revised Discovery [Doc. 65]. Therein, the parties agreed to an additional 14-day extension of time for plaintiffs to file any motions to compel on Category 3 requests.

This is the fifth stipulation the parties have filed with respect to plaintiffs' deadline to file a motion to compel. See [Docs. 57, 58, 63, 64 & 65].[1]

Enough is enough. Plaintiffs have until on or before **August 16, 2024** in which to file a motion to compel.

---

[1] The first stipulation extended the deadline until May 25, 2024. See [Doc. 57]. The second stipulation extended the deadline until June 26, 2024. See [Doc. 58]. The third stipulation extended the deadline until July 26, 2024. See [Doc. 63]. The fourth stipulation extended the deadline until August 9, 2024. See [Doc. 64]. The fifth stipulation extended the deadline until August 23, 2024. See [Doc. 65].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: August 12, 2024.

                                                    JOHN PRESTON BAILEY
                                                    UNITED STATES DISTRICT JUDGE