## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**CHARLES KELLAM and**
**PHYLLIS KELLAM,**
**and all other persons and**
**entities similarly situated,**

      **Plaintiffs,**

                                                    Civil Action No. 5:20-CV-85
**v.**                                                   Judge John P. Bailey

**SWN PRODUCTION COMPANY and**
**EQUINOR USA ONSHORE PROPERTIES, INC.**

      **Defendants.**

### AMENDED STIPULATION ENLARGING TIME FOR PLAINTIFFS
### TO FILE ANSWERS, RESPONSES, AND OBJECTIONS TO THE
### DEFENDANTS' FIRST SETS OF DISCOVERY TO PLAINTIFFS

NOW COME the parties, by counsel, and jointly stipulate as follows:

1. On June 3, 2024, Defendants SWN Production Company and Equinor USA Onshore Properties, Inc. both served their own First Sets of Interrogatories and Requests for Production of Documents to Plaintiffs. Accordingly, pursuant to Fed.R.Civ.P. 33 and 34, the Plaintiffs' answers, responses, and objections would be due to be served no later than July 3, 2024.

2. However, the parties hereby agree and stipulate that the Plaintiffs shall have an additional extension in which to file answers, responses, and objections to such first sets of discovery.

3. Accordingly, the Plaintiffs' answers, responses, and objections to both sets of discovery shall now be due to be served no later than October 18, 2024.

Dated this 27th day of August, 2024.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */s/     Richard A. Monahan* | */s/     Jennifer J. Hicks* |
| JAMES G. BORDAS III (#8518) | TIMOTHY M. MILLER (#2564) |
| RICHARD A. MONAHAN (#6489) | JENNIFER J. HICKS (#11423) |
| BORDAS & BORDAS, PLLC | AUSTIN D. ROGERS (#13919) |
| 1358 National Road | BABST CALLAND, P.C. |
| Wheeling, WV 26003 | 300 Summers Street, Suite 1000 |
| Telephone: (304) 242-8410 | Charleston, WV 25301 |
| jbordasiii@bordaslaw.com | Telephone: (681) 205-8888 |
| rmonahan@bordaslaw.com | tmiller@babstcalland.com |
| *Counsel for Plaintiffs* | jhicks@babstcalland.com |
| | arogerts@babstcalland.com |
| | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

CHARLES KELLAM and
PHYLLIS KELLAM,
and all other persons and
entities similarly situated,

       Plaintiffs,

v.

SWN PRODUCTION COMPANY and
EQUINOR USA ONSHORE PROPERTIES, INC.

       Defendants.

Civil Action No. 5:20-CV-85
Judge John P. Bailey

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed ***Amended Stipulation Enlarging Time for Plaintiffs to File Answers, Responses, and Objections to the Defendants' First Sets of Discovery to Plaintiffs*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record listed below. I hereby further certify that I have provided a full and complete copy of the above by electronic mail to the following counsel of record at their last known address:

Timothy M. Miller, Esquire (tmiller@babstcalland.com)
Jennifer J. Hicks, Esquire (jhicks@babstcalland.com)
Austin D. Rogers (ARogers@babstcalland.com)
Babst, Calland, Clements & Zomnir, PC
300 Summers Street, Suite 1000
Charleston, WV 25301

    /s/    *Richard A. Monahan*
JAMES G. BORDAS III (#8518)
RICHARD A. MONAHAN (#6489)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
Telephone: (304) 242-8410
jbordasiii@bordaslaw.com
rmonahan@bordaslaw.com
*Counsel for Plaintiffs*

3