# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Charles Kellam and
Phyllis Kellam,
and all other persons and entities similarly situated

**Plaintiff(s),**

v.

SWN Production Company, LLC and
Equinor USA Onshore Properties, Inc.

**Defendant(s).**

Civil NO: 5:20-cv-85

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Marc S. Tabolsky, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 10-16-2024

United States District Judge